UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| WESTFIELD INSURANCE COMPANY | ) | |
| | ) | |
| v. | ) | NO. 2:09-CV-65 |
| | ) | |
| THE GRIPPER GASKET COMPANY, LLC | ) | |

## **O R D E R**

On November 17, 2009, this Court stayed this declaratory judgment action until mediation in the underlying case had been completed. The parties filed a joint status report on March 31, 2010, stating that the underlying litigation had been resolved, which would render this action moot. The parties requested an additional sixty day period within which to allow the underlying action to become finalized before any action is taken in this Court. That request is **GRANTED**. It is hereby **ORDERED** that the parties shall file a written status report detailing this case's progress on or before July 1, 2010, or file a stipulation of dismissal.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE