IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE,
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| WESTFIELD INSURANCE COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:09-CV-65 |
| | ) | |
| THE GRIPPER GASKET COMPANY, L.L.C. | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Come now the parties in this action, Plaintiff Westfield Insurance Company, Defendant The Gripper Gasket Company, LLC., pending intervener R. J. Broussard General Contractors, Inc., by and through undersigned counsel, and stipulate to the dismissal of all the Plaintiff's claims against the Defendant in this action pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure with prejudice.

**APPROVED FOR ENTRY**:

    **GLASGOW & VEAZEY**

By:   /s/ Thomas W. Tucker, III
      RANDOLPH A. VEAZEY, #6056
      THOMAS W. TUCKER, III, #22319
      Attorneys for Plaintiff
      Washington Square Building, Suite 312
      222 Second Avenue, North
      Nashville, Tennessee 37201-1649
      615/244-4693
      615/256-0499 facsimile

KING, KING & CHAPMAN, PLLC

By: /s/ K. Kidwell King, Jr. w/ permission Thomas W. Tucker, III
K. KIDWELL KING, JR., #004748
Attorney for The Gripper Gasket Co., LLC
125 South Main Street
Greenville, Tennessee 37743
423-639-6881
423-639-9629 facsimile

**ATTORNEYS AT LAW**


By: /s/ Judith A. Deprisco w/ permission Thomas W. Tucker, III
JUDITH A. DEPRISCO, #12050
J. STEVEN COLLINS, #12030
Attorneys for R. J. Broussard Construction Co, Inc.
P.O. Box 551
Knoxville, Tennessee 37901
865-342-1040
865-342-1041 facsimile


## CERTIFICATE OF SERVICE

I, Thomas W. Tucker, III, do hereby certify that a true and correct copy of the foregoing has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

This the 8th day of July 2010.

Mr. K. Kidwell King, Jr.
**Attorney for Defendant**
125 South Main Street
Greeneville, Tennessee 37743

Mr. J. Steven Collins
Ms. Judith A. DePrisco
**Attorney for R.J. Broussard**
P.O. Box 551
Knoxville, Tennessee 37091

GLASGOW & VEAZEY

By: /S/ Thomas W. Tucker, III